UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PATRICK WILLIAM OLIVER,**

    Plaintiff,

v.                                            Case No: 5:16-cv-683-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's motion seeking an extension of time to file his memorandum through May 26, 2017. (Doc. 19). Plaintiff attempted to file his memorandum on May 26, 2017, but filed an incorrect document in error. (Doc. 20). Plaintiff has now filed his correct memorandum (Doc. 21) as well as a motion requesting the Clerk to remove the incorrectly filed document from the docket. (Doc. 22).

Upon due consideration, Plaintiff's motions (Docs. 19, 22) are **GRANTED.** Plaintiff's memorandum (Doc. 21) shall stand as filed and the clerk shall **remove** Doc. 20 from the docket.

**DONE** and **ORDERED** in Ocala, Florida on May 30, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties