UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATRICK WILLIAM OLIVER,
    Plaintiff,

v.                                                          Case No: 5:16-cv-683-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Patrick William Oliver's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). On November 20, 2017, United States Magistrate Judge Philip R. Lammens issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 27). After review of the Report and Recommendation (Doc. 27) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 27) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this ___7___ day of December, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record